

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,982-01

### EX PARTE RAMON BOLANOS BAEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 959925-C IN THE 180TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to twenty-five years' imprisonment. The Fourteenth Court of Appeals dismissed his appeal. *Baez v. State*, No. 14-03-01128-CR (Tex. App.—Houston [14th Dist.] Nov. 13, 2003) (not designated for publication).

Applicant raises four grounds in this application. His grounds and supporting facts are written in Spanish. The trial court entered a timely order designating issues and appointed a translator. This application was properly forwarded to this Court pursuant to Rule of Appellate Procedure 73.4(b)(5),

but before Applicant's pleadings were translated and before the trial court made findings of fact and conclusions of law. We remand this application so the trial court can complete its evidentiary investigation and make findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed:  July 3, 2019
Do not publish